# United States District Court
## Violation Notice

CVB Location Code: **MD41**

Violation Number: **4246425**
Officer Name (Print): **Edmond**
Officer No.: **964**

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): **9/12/2013 1143**
Offense Charged: ☒ CFR ☐ USC ☐ State Code — **32 CFR 2805**

Place of Offense: **N1 lot CH2 exec. med**

HAZMAT: ☐

Offense Description: Factual Basis for Charge:
**parking on protected property in reserved area without permit**

### DEFENDANT INFORMATION

Last Name: **Fountain**
First Name: **David**
M.I.: **R**

Tag No.: **684 BJW**
State: **MD**
Year: 
Make/Model: **Acura 3.2TL**
PASS: ☐
Color: **Silver**

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Forfeiture Amount: $ **60**
+ $25 Processing Fee
PAY THIS AMOUNT → Total Collateral Due: $ **85**

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: _____

(Rev. 01/2011)    Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license;  CMV = Commercial vehicle involved in incident